**FILED**

08/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0261

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court No. DA-24-0261

Attorney for Appellees,
Paul S. Henning and Aaron J. Davies

Logan Nutzman, Esq.
Don C. St. Peter, Esq.
ST. PETER O'BRIEN LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 2620
Missoula, MT 59808
Telephone: (406) 728-8282
Fax: (406) 728-8141
Email: logan@stplawoffices.com; don@stplawoffices.com

CHRISTOPHER SHELTON, VICKY
COSTA, AND TODD COSTA,

        Appellants,

     v.

STATE OF MONTANA, DEPARTMENT OF
PUBLIC HEALTH AND HUMAN SERVICES,
an agency of the State of Montana, SUSAN
RIDGEWAY, AXILON LAW GROUP, PLLC,
PAUL S. HENNING, AARON J. DAVIES and
DOES 1-20,

        Appellees.

ON APPEAL FROM THE MONTANA FIRST JUDICIAL DISTRICT COURT, LEWIS
AND CLARK COUNTY, CAUSE NO.: ADV-2018-830
THE HONORABLE MIKE MENAHAN

### ORDER GRANTING EXTENSION OF TIME

UPON REVIEW OF *Appellees Henning and Davies' Motion for Extension of Time to Appellee's Response Brief*, and good cause shown, IT IS HEREBY ORDERED that the Extension is GRANTED.

Appellees shall file their Response Brief on or before October 7, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 30 2024